IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NORMA JEAN DENNIS, *individually and as the surviving spouse and next of kin of William Jerry Dennis, deceased*

    Plaintiff,

v.

RACETRAC PETROLEUM, INC., *et. al.*

    Defendants,

NO. 3:11-0349
JUDGE HAYNES

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to amend (Docket Entry No. 27) is **GRANTED**. Defendant Florida Rock's motion to dismiss (Docket Entry No. 9) is **DENIED** as moot. Defendant RaceTrac's motion to dismiss (Docket Entry No. 11) is **DENIED**. This action is **REMANDED to the Circuit Court for Davidson County, Tennessee**.

This is the Final Order in this Action.

It is so **ORDERED**.

**ENTERED** this the ___29th___ day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge